IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SUZANNE CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-05-809-C |
| | ) | |
| INDUSTRIAL RUBBER, INC., and PAUL CHANEY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Plaintiff's Motion for Summary Judgment should be GRANTED in part and DENIED in part. Plaintiff's request to remove Paul Chaney as Plan Administrator is DENIED. However, in all other respects Plaintiff is entitled to the relief she requests.

Judgment for Plaintiff is entered in the amount of $438,950.28, plus prejudgment interest from July 8, 2005, through May 2, 2006, at the rate of 4.5% per annum.

DATED this 12th day of May, 2006.

ROBIN J. CAUTHRON
United States District Judge